UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELIANA JARAMILLO,

                        Plaintiff,

         -v-

CITY OF NEW YORK et al.,

                        Defendants.

------------------------------------------------------------------X

10 Civ. 1197 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On March 20, 2013, the jury reached a verdict in the above-captioned case, awarding plaintiff compensatory damages in the amount of $1,300 in economic damages and $1,300 in emotional damages.

The parties are directed to submit to the Court by March 29, 2013 a joint letter addressing the issues, if any, that remain to be addressed prior to entry of judgment.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: March 20, 2013
       New York, New York